AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MAGNABILITIES, LLC,

              Plaintiff,

              v.

JESSE ROSE d/b/a MAGNAMAZING.COM,

              Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-0115-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Plaintiff's Motion for Default Judgment filed on September 26, 2011 Ct. Rec. 12, judgment is entered for the Plaintiff as follows:

Defendant, his agents, representatives, servants, employees, attorneys, successors, and assigns, and all others in active concert, participation, or privity with Defendant, are hereby permanently enjoined and restrained from manufacturing, producing, sourcing, importing, selling, offering for sale, distributing, advertising, or promoting any jewelry products using the "Magnabilities" mark or any other words or symbols that so resemble the "Magnabilities" mark as to be likely to cause confusion, mistake, or deception, including, but not limited to, "Magnamazing."

September 26, 2011  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Shirley Peters  
*(By) Deputy Clerk*  
Shirley Peters